# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2914

_____

DAVID FORGACH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

December 14, 2018

PER CURIAM.

DISMISSED. *Cf. Rivera v. Dep't of Health*, 177 So. 3d 1 (Fla. 1st DCA 2015).

LEWIS, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Stacy A. Scott, Public Defender; Deborah A. Phillips and Rachael O'Brien, Assistant Public Defenders, Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.